

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

April 3, 1939

Hon. T. O. Walton, President
Agricultural and Mechanical College
College Station, Texas

Dear Sir:

Opinion No. O-471
Re: May employees of A & M College who
are Notaries Public legally refuse
to do notary work for the public
during the hours such Notaries Public
are employed by the College?

This will acknowledge receipt of your letter
of March 10, 1939, in which you request an opinion of
this Department as to whether or not employees of A & M
College who are Notaries Public can legally refuse to
do notary work for the public during the hours such
Notaries Public are employed by the College.

It has been generally held in practically all
the states in the United States that a Notary Public
is a public officer. State ex rel Gray vs. Hodges, 154
SW 506, Ark. May vs. Jones, 14 SE 552, Ga. and authori-
ties too numerous to mention herein.

It is fundamental that a public officer cannot
refuse to execute a duty imposed upon him by law. This
rule is announced in 22 R. C. L. 462, para. 126, in the
following language:

"A person who accepts a public office
does so cum onere, and is considered as accept-
ing its burdens and obligations with its bene-
fits. He thereby subjects himself to all con-
stitutional and legislative provisions relating

thereto and undertakes to perform all the
duties of the office, and while he remains
in such office the public has the right to
demand that he perform such duties."

Among the duties of a Notary Public, is the
duty of taking acknowledgments of the public generally.
If he accepts his appointment at the hand of the Gover-
nor and holds himself out as a Notary Public he accepts
the duties imposed upon him by virtue of the office he
holds. He has not only the duty of taking acknowledg-
ments, but he has the duty of refusing to take acknow-
ledgments under given conditions which, by their nature,
constitutes good cause. There appear no facts in your
inquiry which would constitute good cause for refusal
to act.

It is, therefore, the opinion of this Depart-
ment and you are so advised that the Notaries Public who
are employed by the Agricultural and Mechanical College
of Texas cannot legally refuse to do notary work for the
public generally during office hours. There is, however,
no duty imposed upon a Notary, or any other public offi-
cial, to execute a particular duty at any given moment.
He may execute that duty at such reasonable time as is
consistent with the other duties imposed upon him by
reason of his particular employment.

Trusting that this satisfactorily answers your
inquiry, we are

Very truly yours

ATTORNEY GENERAL OF TEXAS

By Lloyd Armstrong

Lloyd Armstrong
Assistant

LA:AW

APPROVED:

Gerald C. Mann

ATTORNEY GENERAL OF TEXAS